UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF ARACELI SANCHEZ RE: CAL. CODE CIV. PROC. § 377.32** |

I, Araceli Sanchez, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Derek Valentine, pursuant to section § 377.32 of the California Code of Civil Procedure.

2. Derek Valentine was born on ▮▮▮▮▮▮▮▮ 1991, in the County of Stanislaus, California.

3. No proceeding is now pending in California for administration of the estate of Derek Valentine.

4. I am the successor-in-interest to Derek Valentine (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the surviving spouse of Derek Valentine.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Derek Valentine in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Derek Valentine is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 13, 2023, at Merced, California.

*/s/ Araceli Sanchez*
Araceli Sanchez

---

**DECLARATION OF ARACELI SANCHEZ RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Valentine v. County of Merced*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# COUNTY of MERCED
## HEALTH DEPARTMENT
### MERCED, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023093277
LOCAL REGISTRATION NUMBER: 3202324000499

**1 NAME OF DECEDENT– FIRST (Given):** DEREK
**2 MIDDLE:** -
**3 LAST (Family):** VALENTINE
**AKA:** -
**4 DATE OF BIRTH:** 1991
**5 AGE Yrs:** 31
**6 SEX:** M
**9 BIRTH STATE/FOREIGN COUNTRY:** CA
**11 EVER IN U.S. ARMED FORCES?:** NO
**12 MARITAL STATUS:** MARRIED
**7 DATE OF DEATH:** 04/20/2023
**8 HOUR:** 2226
**13 EDUCATION:** HS GRADUATE
**14/15 HISPANIC:** YES MEXICAN
**16 RACE:** HISPANIC, AFRICAN AMERICAN
**17 USUAL OCCUPATION:** CEMENT MASON
**18 KIND OF BUSINESS:** MASONRY
**19 YEARS IN OCCUPATION:** 6
**20 DECEDENT'S RESIDENCE:** 861 E 23RD STREET
**21 CITY:** MERCED
**22 COUNTY:** MERCED
**23 ZIP:** 95340
**24 YEARS IN COUNTY:** 14
**25 STATE:** CA
**26 INFORMANT'S NAME/RELATIONSHIP:** ARACELI SANCHEZ, WIFE
**28 NAME OF SURVIVING SPOUSE – FIRST:** ARACELI
**29 MIDDLE:** -
**30 LAST (BIRTH NAME):** SANCHEZ
**31 NAME OF FATHER/PARENT – FIRST:** ALBERT
**32 MIDDLE:** LEE
**33 LAST:** VALENTINE
**34 BIRTH STATE:** CA
**35 NAME OF MOTHER/PARENT – FIRST:** RUTH
**36 MIDDLE:** A
**37 LAST (BIRTH NAME):** RAMIREZ
**38 BIRTH STATE:** CA
**39 DISPOSITION DATE:** 04/28/2023
**40 PLACE OF FINAL DISPOSITION:** RES ARACELI SANCHEZ
**41 TYPE OF DISPOSITION(S):** CREMATE/RESIDENCE
**42 SIGNATURE OF EMBALMER:** NOT EMBALMED
**44 NAME OF FUNERAL ESTABLISHMENT:** WILSON FAMILY FUNERAL CHAPEL OF MERCED
**45 LICENSE NUMBER:** FD1970
**46 SIGNATURE OF LOCAL REGISTRAR:** SALVADOR SANDOVAL, MD
**47 DATE:** 04/28/2023
**101 PLACE OF DEATH:** COUNTY CORRECTIONAL FACILITY — Other
**104 COUNTY:** MERCED
**105 FACILITY ADDRESS:** 2584 W SANDY MUSH ROAD
**106 CITY:** MERCED
**107 CAUSE OF DEATH — IMMEDIATE CAUSE (A):** PENDING TOXICOLOGY TESTING
**108 DEATH REPORTED TO CORONER?:** YES  — 23-16116
**109 BIOPSY PERFORMED?:** NO
**110 AUTOPSY PERFORMED?:** YES
**111 USED IN DETERMINING CAUSE?:** YES
**113 WAS OPERATION PERFORMED:** NO
**113A DECEDENT PREGNANT IN LAST YEAR:** NO
**119 MANNER OF DEATH:** Pending investigation
**126 SIGNATURE OF CORONER / DEPUTY CORONER:** JOHN D ARGUELLES
**127 DATE:** 04/26/2023
**128 TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** JOHN D ARGUELLES, DEP CORONER



## CERTIFIED COPY OF VITAL RECORDS

**STATE OF CALIFORNIA**
**COUNTY OF MERCED** ss
**DATE ISSUED:** 06/02/2023

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.

*Salvador Sandoval MD MPH*
Dr. Salvador Sandoval MD, MPH
HEALTH OFFICER, MERCED COUNTY

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.
-PBNCO (Rev) 12/20



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA

## COUNTY of MERCED
### HEALTH DEPARTMENT
MERCED, CALIFORNIA

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052023093277
LOCAL REGISTRATION NUMBER: 3202324000499

1.1  ☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

| | | | |
|---|---|---|---|
| 1A NAME—FIRST: DEREK | 1B MIDDLE: | 1C LAST: VALENTINE | 2 SEX: M |
| 3 DATE OF EVENT—MM/DD/CCYY: 04/20/2023 | 4 CITY OF EVENT: MERCED | | 5 COUNTY OF EVENT: MERCED |

## PART II — STATEMENT OF CORRECTIONS

| 6 CERTIFICATE ITEM NUMBER | 7 INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8 INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING TOXICOLOGY TESTING | ACUTE COMBINED FENTANYL, PAROXETINE AND HYDROXYZINE TOXICITY |
| 107AT | - | MINS |
| 112 | -- | ILLICIT DRUG ABUSE, OBESITY |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 | | N |
| 121 | | 04/20/2023 |
| 122 | | UNK |
| 123 | | OTHER, COUNTY CORRECTIONAL FACILITY |
| 124 | | UNWITNESSED EVENT  DECEDENT INMATE FOUND UNRESPONSIVE |
| 125 | | 2584 W SANDY MUSH ROAD, MERCED, CA 95341 |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

9 SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER: ► JOHN D ARGUELLES
10 DATE SIGNED—MM/DD/CCYY: 05/22/2023
11 TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER: JOHN D ARGUELLES, DEP CORONER
12 ADDRESS—STREET and NUMBER: 455 EAST 13TH STREET
13 CITY: MERCED
14 STATE: CA
15 ZIP CODE: 95340-6213

16 OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR: ► CDPH-VR
17 DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY: 05/22/2023

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
FORM VS 24Ae (REV 1/08)
1 1

*999270587*

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss  DATE ISSUED 06/02/2023
COUNTY OF MERCED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the MERCED COUNTY HEALTH DEPARTMENT.



Dr. Salvador Sandoval MD, MPH
HEALTH OFFICER, MERCED COUNTY

This copy not valid unless prepared on engraved border displaying seal and signature of County Health Officer.
PBNCO (Rev) 12/20



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE