# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al., <br><br> Defendants. | Case No. 1:23-cv-01697-JLT-SAB <br><br> ORDER GRANTING ALLISON J. BECKER'S *PRO HAC VICE* APPLICATION <br><br> (ECF No. 11) |

The Court has read and considered the application of Allison J. Becker, attorney for Defendant California Forensic Medical Group dba Wellpath, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District. (ECF No. 11.) Having reviewed the application, Allison J. Becker's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **February 9, 2024**

UNITED STATES MAGISTRATE JUDGE

1