| | |
|---|---|
| Mark E. Merin (State Bar No. 043849)<br>Paul H. Masuhara (State Bar No. 289805)<br>LAW OFFICE OF MARK E. MERIN<br>1010 F Street, Suite 300<br>Sacramento, California 95814<br>Telephone:   (916) 443-6911<br>Facsimile:   (916) 447-8336<br>E-Mail:       mark@markmerin.com<br>                    paul@markmerin.com<br><br>Attorneys for Plaintiffs<br>ESTATE OF DEREK VALENTINE,<br>ARACELI SANCHEZ, L.V., C.V., M.V.,<br>RUTH RAMIREZ, and ALBERT VALENTINE | LINDSEY M. ROMANO (SBN: 337600)<br>lromano@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 875-4126<br>Facsimile: (415) 986-8054<br><br>Attorneys for Defendant<br>CALIFORNIA FORENSIC MEDICAL GROUP<br>dba WELLPATH |

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF MERCED, MERCED COUNTY
SHERIFF'S OFFICE, and VERNON WARNKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, ARACELI SANCHEZ, L.V., C.V., M.V., RUTH RAMIREZ, and ALBERT VALENTINE,<br><br>                  Plaintiffs,<br>vs.<br><br>COUNTY OF MERCED, MERCED COUNTY SHERIFF'S OFFICE, VERNON WARNKE, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, and DOE 1 to 20,<br><br>                  Defendants. | Case No. 1:23-cv-01697-JLT-SAB<br><br>**STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADINGS** |

1

The Estate of Derek Valentine, Araceli Sanchez, L.V., C.V., M.V., Ruth Ramirez, and Albert Valentine (collectively, "Plaintiffs"); the County of Merced, Merced County Sheriff's Office, and Vernon Warnke (collectively, "County Defendants"); and California Forensic Medical Group dba Wellpath ("Wellpath") submit the following stipulation.

WHEREAS, Plaintiffs seek to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2);

WHEREAS, County Defendants and Wellpath's responsive pleadings to an amended pleading would be due within 14 days after filing of the amended pleading pursuant to Federal Rule of Civil Procedure 15(a)(3);

WHEREFORE, Plaintiffs, County Defendants, and Wellpath's counsel have met-and-conferred and reached an agreement as to the filing of an amended pleading and responsive pleadings; and

Now, THEREFORE, Plaintiffs, County Defendants, and Wellpath STIPULATE that:

1. Plaintiffs shall have leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2); and

2. County Defendants and Wellpath shall have a 28-day extension of time to file responsive pleadings to the First Amended Complaint pursuant to Local Rule 144(a), in addition to the 14-day deadline pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO STIPULATED.

Dated: June 24, 2024

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF DEREK VALENTINE,
ARACELI SANCHEZ, L.V., C.V., M.V.,
RUTH RAMIREZ, and ALBERT VALENTINE

2

**STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADINGS**
*Estate of Valentine v. County of Merced*, United States District Court, Eastern District of California, Case No. 1:23-cv-01697-JLT-SAB

| | |
|---|---|
| Dated: June 25, 2024 | Respectfully Submitted,<br>**P O R T E R  |  S C O T T**<br><br>*/s/ Matthew W. Gross*<br>(as authorized on June 25, 2024)<br>By: _____<br>  Carl L. Fessenden<br>  Matthew W. Gross<br><br>  Attorneys for Defendants<br>  COUNTY OF MERCED, MERCED COUNTY<br>  SHERIFF'S OFFICE, and VERNON WARNKE |
| Dated: June 24, 2024 | Respectfully Submitted,<br>GORDON REES SCULLY MANSUKHANI, LLP<br><br>*/s/ Allison Becker*<br>(as authorized on June 24, 2024)<br>By: _____<br>  Lindsey M. Romano<br>  Allison Becker<br><br>  Attorneys for Defendant<br>  CALIFORNIA FORENSIC MEDICAL GROUP<br>  dba WELLPATH |