# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | Case No. 1:23-cv-01697-JLT-SAB<br><br>ORDER DISREGARDING WITHDRAWN MOTIONS TO DISMISS<br><br>(ECF Nos. 14, 20) |

On February 9, 2024, Defendant California Forensic Medical Group ("Defendant CFMG") filed a motion to dismiss. (ECF No. 14.) On February 28, 2024, Defendants County of Merced, Merced County Sheriff's Office, and Vernon Warnke ("County Defendants") filed a motion to dismiss. (ECF No. 20.) The motions were referred to the undersigned. (ECF Nos. 17, 21.)

On June 25, 2024, the parties filed a stipulation for the filing of a first amended complaint, and the amended complaint was filed. (ECF Nos. 34, 35.) On June 28, 2024, an order issued directing Defendants to either file a motion to withdraw their motion to dismiss or a notice informing the Court why their motion is not moot based on the filing of the first amended complaint. (ECF No. 37.) On July 1, 2024, Defendant CFMG filed a notice of withdrawal of the pending motion to dismiss. (ECF No. 38.) On July 2, 2024, County Defendants filed a notice of withdrawal of their pending motion to dismiss. (ECF No. 39.)

1  Accordingly, based on Defendants' notice, Defendant CFMG's motion to dismiss, filed February 9, 2024, (ECF No. 14), and County Defendants' motion to dismiss, filed February 28, 2024, (ECF No. 20), are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:  **July 3, 2024**

UNITED STATES MAGISTRATE JUDGE