# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al., | Case No. 1:23-cv-01697-JLT-SAB |
| Plaintiffs, | ORDER GRANTING KAITLIN R. MYERS' *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 48) |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

The court has read and considered the application of Kaitlin R. Myers, attorney for Defendant California Forensic Medical Group, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Kaitlin R. Myers' application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 17, 2024**

UNITED STATES MAGISTRATE JUDGE

1