# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al., | Case No. 1:23-cv-01697-JLT-SAB |
| Plaintiffs, | ORDER VACATING OCTOBER 2, 2024 HEARING DATE |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

Defendants filed a motion to dismiss on August 6, 2024, that was referred to the undersigned. (ECF Nos. 43, 44.) On August 1, 2024, an order issued setting the hearing on the motion to dismiss for October 2, 2024. (ECF No. 45.) Plaintiffs filed an opposition to the motion on August 13, 2024, and Defendants filed a reply on August 23, 2024. (ECF Nos. 46, 47.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on October 2, 2024, is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **September 30, 2024**

UNITED STATES MAGISTRATE JUDGE