# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>Defendants. | Case No. 1:23-cv-01697-KES-SAB<br><br>ORDER GRANTING KENDRA N. STARK'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 61) |

The Court has read and considered the application of Kendra N. Stark, attorney for Defendants California Forensic Medical Group dba Wellpath, Christopher Caughell, and Alexandrea Reyes, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Kendra N. Stark's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **June 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1