# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ESTATE OF DEREK VALENTINE, et al.,

Plaintiffs,

v.

COUNTY OF MERCED, et al.,

Defendants.

Case No. 1:23-cv-01697-JLT-SAB

ORDER REGARDING STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING

(ECF No. 68)

Before the Court is the parties' stipulation to extend the time in which Defendants may answer the second amended complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through March 2, 2026, to answer or otherwise respond to the complaint.[1]

IT IS SO ORDERED.

Dated:    **January 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have indicated that one or more defendants will likely file a motion to dismiss and thus have offered briefing deadlines as well. Because no motion has been filed, the Court defers approving such deadlines at this time. The parties remain free to stipulate to a briefing schedule concurrently with the motion to dismiss.