# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK VALENTINE, et al., | Case No.  1:23-cv-01697-JLT-SAB |
| Plaintiffs, | ORDER GRANTING SARAH A. KILGORE'S *PRO HAC VICE* APPLICATION |
| v. | |
| COUNTY OF MERCED, et al., | (ECF No. 77) |
| Defendants. | |

Before the Court is the application of Sarah A. Kilgore—attorney for Defendants California Forensic Medical Group, Inc.; Alexander Reyes; Christopher Caughell, Wellpath LLC; and Wellpath Management, Inc.—for admission to practice *pro hac vice*.  L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1